■ TOM I. JACKSON et al., Plaintiffs, v COUNTY OF MONROE et al., Defendants. MANNING, SQUIRES, HENNIG CO., INC., Third-Party Plaintiff-Appellant, v KEELER CONSTRUCTION CO., INC., et al., Third-Party Defendants-Respondents. (Appeal No. 1.) [703 NYS2d 852] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Frazee, J. (Appeal from Judgment of Supreme Court, Monroe County, Frazee, J.—Summary Judgment.) Present—Pine, J. P., Hurlbutt, Scudder and Lawton, JJ.

■ TOM I. JACKSON et al., Plaintiffs, v COUNTY OF MONROE et al., Defendants. MANNING, SQUIRES, HENNIG CO., INC.,

766

Third-Party Plaintiff-Appellant, v Keeler Construction
Co., Inc., et al., Third-Party Defendants-Respondents. (Appeal
No. 2.) [703 NYS2d 853] —Order and judgment unanimously af-
firmed without costs for reasons stated in decision at Supreme
Court, Frazee, J. (Appeal from Order and Judgment of
Supreme Court, Monroe County, Frazee, J.—Summary Judg-
ment.) Present—Pine, J. P., Hurlbutt, Scudder and Lawton,
JJ.